In the Matter of the Claim of PATRICK DUFFY, Respondent, against RICHARD DUNN, Respondent, and JAMESTOWN MUTUAL INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— The claimant was a stonecutter. The employer was engaged in the business of masonry, including the cutting and polishing of stone. On the day of the accident, while claimant was engaged in cutting stone, which had been taken from the quarry, a chip of stone flew into claimant's eye, causing the injury for which an award has been made. The question is one of coverage, and the policy covered operations not on the premises. Award unanimously affirmed, with costs to the State Industrial Board against the appellant. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of WILLIAM KNEUDEL, Respondent, against F. SCHUMACHER & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal by employer and carrier from an award of total loss of an eye, on the ground that there is no proof that the loss of vision is the result of an industrial accident. The claimant testified that something entered his eye. A doctor testified that the loss of the eye was the result of a traumatic caratitis. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of DOROTHY HAWKINS, Respondent, against CITY OF POUGHKEEPSIE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The only question raised is as to the wage rate. Previous earnings were nine dollars and twenty-three cents per week. The award of eight dollars, the minimum amount under subdivision 6 of section 15 of the Workmen's Compensation Law, was proper. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.